USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA,

                              Plaintiff,

        -against-

UPS SUPPLY CHAIN SOLUTIONS, INC.,

                            Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

20-CV-2818 (ER)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 36). A telephone conference will be held on **Thursday, March 24, 2022 at 3:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: February 24, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge